RECEIVED
MAY 25 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
JUN 13 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CLARENCE LIZANA** | : | DOCKET NO. 2:07-cv-42<br>SECTION P |
| VS. | : | JUDGE MELANÇON |
| **TERRY TERRELL, ET AL.** | : | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

THUS DONE AND SIGNED in Chambers at Lafayette, Louisiana, this 12th day of June ~~May 25~~, 2007.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE